UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA MEDICAL FACILITY,<br><br>  Defendant. | No. 2:21-cv-0968 TLN CKD P<br><br><br>ORDER |

On February 11, 2022, plaintiff filed a notice. However, this civil rights action was closed on January 7, 2022. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to any future filings.

Dated: February 17, 2022

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/roja0968.58

1